CAT III

PRISONER CASE

R

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

07cv6934
JUDGE NORGLE
MAG. JUDGE SCHENKIER

## Civil Cover Sheet

**Plaintiff(s):** KORI TAYLOR

**Defendant(s):** PATRICK FIRMAN, et al.

**County of Residence:** LAKE

**County of Residence:**

**Plaintiff's Address:**
Kori Taylor
L-115254
Lake -LCJ
P.O. Box 38
Waukegan, IL 60086

**Defendant's Attorney:**

DEC 10 2007
**FILED**
J.N  DEC 10 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1893pr

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** A. E. Woodham   **Date:** 12/10/07

Norgle
Schenkier

07C 6644