Order Form (01/2005)

MHN

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | CHARLES R. NORGLE | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6934 | DATE | 2/27/2008 |
| CASE TITLE | Kori Taylor (#L-115254) vs. Patrick Firman, et al. | | |

**DOCKET ENTRY TEXT:**

The Clerk is directed to issue alias summons so that the U.S. Marshal can re-attempt service on defendant Kirk.

■ [For further details see text below.]   Docketing to mail notices.

## STATEMENT

The U.S. Marshal has filed an unexecuted return of service for defendant Kirk. The unexecuted return [#8] states, "Front window states that individual no longer works at this location." However, as the court stated in its Minute Order of January 9, 2008:

> The United States Marshals Service is appointed to serve defendants Firman and Kirk. Any service forms necessary for the plaintiff to complete will be sent by the Marshal as appropriate to serve the defendants with process. **The U.S. Marshal is directed to make all reasonable efforts to serve the defendants. With respect to former correctional employees who no longer can be found at the work address provided by the plaintiff, the Lake County Department of Corrections shall furnish the Marshal with the defendant's last-known address.** The information shall be used only for purposes of effectuating service [or for proof of service, should a dispute arise] and any documentation of the address shall be retained only by the Marshal. Address information shall not be maintained in the court file, nor disclosed by the Marshal. The Marshal is authorized to mail a request for waiver of service to the defendants in the manner prescribed by Fed. R. Civ. P. 4(d)(2) before attempting personal service. (Emphasis added.)

Accordingly, the Marshal is directed to re-attempt service on defendant Kirk, making some minimal effort to locate that defendant if he is no longer employed at the jail.

mjm