To whom this may concern:

**FILED**
MAR 10 2008
MAR 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

This letter is in reference to a notice of Service that was served at Lake County Jail Regarding a Civil Suit Complaint that I filed against Patrick Firman and David Kirk. The U.S. Marshalls were unable to serve David Kirk, because he no longer works at this facility. I have Recently found that David Kirk works for (Round Lake Beach Police Department) in Round Lake, Illinois.

The Court Case Number is (07C6934).

(Thank You)

Sincerely,
(Kori Taylor)

Kori Taylor 115254
P.O. Box 38
Waukegan, Illinois
60079