# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | CHARLES R. NORGLE | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6934 | DATE | 3/13/2008 |
| CASE TITLE | Kori Taylor (#L-115254) vs. Patrick Firman, et al. | | |

**DOCKET ENTRY TEXT:**

Reference is made to the plaintiff's undated letter [#10]. As the court issued alias summons as to Kirk by Minute Order of February 27, 2008, the Clerk is directed to forward a copy of the plaintiff's letter to the U.S. Marshal's Service. As an additional concern, the plaintiff is reminded of the court's basic filing requirements. The plaintiff must: (1) provide the court with the original plus a judge's copy of every document filed; and (2) include a certificate of service showing that a copy was mailed to the defendants (or to defense counsel, once an attorney enters an appearance on behalf of the defendants). The Clerk is directed to mail the plaintiff another copy of the court's filing instructions. In the future, the court may strike without considering any document filed that fails to comport with these basic rules.

■ [Docketing to mail notices.]

mjm