# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal on the reverse of this form.*

| Field | Value |
|---|---|
| PLAINTIFF | Kori Taylor |
| DEFENDANT | Patrick Firman, et al. |
| COURT CASE NUMBER | 07C6934 |
| TYPE OF PROCESS | S/C |

**SERVE →** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: **Patrick Firman, Deputy of Corrections**

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): **Lake County Sheriff Correctional Division, 20 S. County Street, Waukegan, IL 60079**

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

    Hector Kori Taylor, L-115254
    Lake-LCJ
    P.O. Box 38
    Waukegan, IL 60086

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

(crossed out)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

**FILED**
Mar 24, 2008
MAR 24 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 
DATE: 01-15-08

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt... | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| (Sign only first USM 285...) | 1 of 2 | 24 | 24 | TD | 01-15-08 |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): **Sgt. Kaltas**  N/A

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 3/18/08   Time: 3:30 pm

Signature of U.S. Marshal or Deputy: _(signed)_

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 96.00 | 40.74 | 0 | 100.74 | 0 | 100.74 / 0 |

**REMARKS:**
1st Endeavor: 1 DUSM x 2 hours @ 84 miles round trip.

82 miles RT
2½ hrs.