**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Kori Taylor

                          Plaintiff,

v.                                            Case No.: 1:07−cv−06934
                                                      Honorable Charles R. Norgle Sr.

Patrick Firman, et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 4, 2008:

      MINUTE entry before Judge Honorable Charles R. Norgle, Sr: Status hearing is set for 7/11/2008 at 9:30 a.m. Defendants in this case and in related Case No. 70 C 6644 are given 14 additional days to answer or otherwise plead. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.