U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                      Case Number: 07 CV 6934

Kori Taylor v.
Deputy Chief of Corrections Patrick Firman,
Sergeant David Kirk, Lake County Jail

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Lake County Sheriff's Deputy Chief of Corrections Patrick Firman, Lake County Sheriff's Corrections Sergeant David Kirk

| | |
|---|---|
| NAME (Type or print) Jennifer McDonnell, Assistant State's Attorney | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Jennifer McDonnell | |
| FIRM Lake County State's Attorney's Office | |
| STREET ADDRESS 18 North County Street, 3rd Floor | |
| CITY/STATE/ZIP Waukegan IL 60085 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06239295 | TELEPHONE NUMBER 847-377-3050 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |