IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KORI TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07 C 6934 |
| ) | |
| PATRICK FIRMAN ) | Judge Norgle |
| DAVID KIRK ) | |
| LAKE COUNTY JAIL ) | Magistrate Judge Schenkier |
| Defendants. ) | |

NOTICE OF FILING

To:  Kori Taylor
     L115254
     P.O. Box 38
     Waukegan, IL 60079

   Please take notice that on Friday, April 22, 2008, the undersigned caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Defendants' Answer to Complaint, a copy of which is attached hereto and herewith served upon you.

                              By:   s/Tara H. Ori
                                    Assistant State's Attorney

Tara H. Ori #6282033
Assistant State's Attorney
18 North County Street
Waukegan, IL 60085
(847) 377-3050

CERTIFICATE OF SERVICE

   I, Tara H. Ori, an attorney, certify that I served a copy of the foregoing Notice of Filing and Answer by U.S. mail addressed to Kori Taylor, at the above address on April 22, 2008.

                              By:   s/Tara H. Ori
                                    Assistant State's Attorney