# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                Case Number: 07 C 6934

Kori Taylor v. Deputy Chief of Corrections Patrick Firman, Sergeant David Kirk, Lake County Jail

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Lake County Sheriff's Deputy Chief of Corrections Patrick Firman, Lake County Sheriff's Corrections Sergeant David Kirk

| |
|---|
| NAME (Type or print)<br>Daniel L. Jasica, Assistant State's Attorney |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Daniel L. Jasica |
| FIRM<br>Lake County State's Attorney's Office |
| STREET ADDRESS<br>18 North County Street, 3rd Floor |
| CITY/STATE/ZIP<br>Waukegan IL 60085 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6237373 | TELEPHONE NUMBER<br>847-377-3050 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |