**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                          Case Number: 07 CV 6934

Kori Taylor v.
Deputy Chief of Corrections Patrick Firman
Sergeant David Kirk, Lake County Jail


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Lake County Sheriff's Deputy Chief of Corrections Patrick Firman,
Lake County Sheriff's Corrections Sergeant David Kirk

| | |
|---|---|
| NAME (Type or print) | |
| Thomas Anger, Assistant State's Attorney | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Thomas Anger | |
| FIRM | |
| Lake County State's Attorney's Office | |
| STREET ADDRESS | |
| 18 N. County Street, 3rd Floor | |
| CITY/STATE/ZIP | |
| Waukegan, IL 60085 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06282443 | 847-377-3050 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |